Ross R. PINA, Petitioner,

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2008–3130.

United States Court of Appeals, Federal Circuit.

Nov. 25, 2008.

Lorenzo W. Tijerina, of San Antonio, TX, argued for petitioner.

Joyce G. Friedman, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With her on the brief were B. Chad Bungard, General Counsel and Stephanie M. Conley, Acting Assistant General Counsel.

NEWMAN, PLAGER, and SCHALL, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.